USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: JUN 01 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANTIAGO YASCARIBAY, *individually and on behalf of others similarly situated*, <br><br> Plaintiff, <br><br> -against- <br><br> JON 2, LLC (d/b/a MANNY'S ON SECOND), ERIC GONZALEZ, and JOHN NELSON, <br><br> Defendants. | Index 17-cv-4573 (AJN) <br><br> [~~PROPOSED~~] DEFAULT JUDGMENT |

This action was commenced on June 16, 2017 (Doc. No. 1). To date, no Defendant has answered the Complaint or otherwise appeared or moved, and the Clerk of this Court has certified the default of all Defendants (Doc. Nos. 24-26). The time for answering the Complaint having expired, it is

NOW, on motion of Plaintiff, by his attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiff have judgment jointly and severally against the Defendants JON 2, LLC (d/b/a MANNY'S ON SECOND), ERIC GONZALEZ, and JOHN NELSON, in the liquidated amount of $218,835.60, including (A) compensatory damages for unpaid minimum and overtime wages in the amount of $87,142.13, (B) liquidated damages for unpaid minimum and overtime wages under the FLSA/NYLL in the amount of $87,142.13, (C) unpaid spread of hours pay in the amount of $4,770.00 (D) liquidated damages for unpaid spread of hours pay in the amount of $4,770.00 (E) statutory damages for violation of New York Labor Law § 195 in the amount of $10,000, and (G) pre-judgment interest on $87,142.13 in unpaid overtime wages to be calculated at the rate of 9% per annum from the midpoint date of October 20, 2014 until to the date of judgment. (H) pre-judgment interest on $4,770.00 in spread of hours to be calculated at the rate

of 9% per annum from the midpoint date of October 20, 2014 to the date of judgment as calculated by the Clerk of Court.

That the Plaintiff is awarded attorney's fees in the amount of $5,625.00, and costs in the amount of $700,

That the Plaintiff is awarded post judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York
       June 1, 2018

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE